ATTORNEY GRIEVANCE COMMISSION *     IN THE
OF MARYLAND     COURT OF APPEALS

    *     OF MARYLAND

    Petitioner

    *     Misc. Docket AG No. 40

V.

    *     September Term, 2015

CHARLES STEPHEN RAND     *     In the Circuit Court
    for Montgomery County
    Respondent.     *     Case No. 31430-M

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Charles Stephen Rand, to indefinitely suspend the Respondent from the practice of law. The Court having considered the Petition, it is this __4th__ day of __February__, 2016.

ORDERED, that Respondent, Charles Stephen Rand, be and he is hereby indefinitely suspended from the practice of law in the State of Maryland for violating Rules 1.4(a), and 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

ORDERED, that, the Clerk of this Court shall remove the name of Charles Stephen Rand from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

/s/ Lynne A. Battaglia
Senior Judge

